IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sacramento Velasquez-Morales,<br><br>    Defendant/Movant,<br><br>vs.<br><br>United States of America,<br><br>    Plaintiff/Respondent. | No. CV-10-00009-PHX-ROS<br>No. CR-08-01103-PHX-ROS<br><br>**ORDER** |

Pending before the Court is Magistrate Judge Mark E. Aspey's Report and Recommendation, which was filed on June 8, 2010. (Doc. 6) Magistrate Judge Aspey recommends Mr. Velasquez-Morales's motion for relief from his convictions and sentences be denied and dismissed with prejudice.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 USC § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo. Id.*; *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal quotations and citations omitted).

No objections being made, the Court will adopt the Report and Recommendation in full. A certificate of appealability will be denied because the applicant has not made a substantial showing of the denial of a constitutional right as required by 28 U.S.C.A § 2253(c)(2)

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 6) is **ADOPTED** and the Petition (Doc. 1) **IS DENIED** and dismissed with prejudice.

**FURTHER ORDERED** a Certificate of Appealability **IS DENIED.**

DATED this 20th day of July, 2010.

_____
Roslyn O. Silver
United States District Judge